

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00084-CV

## IN RE ROBERT FRY

_____

## Original Proceeding

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus is denied. Relator's Motion for

Temporary Relief is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Motion dismissed
Opinion delivered and filed March 12, 2013
[OT06]